**Harold J. BYBERG, Libelant-Appellant,**

v.

**STANDARD OIL COMPANY OF NEW JERSEY, Respondent-Appellee.**

**Guillermo H. REYES, Libelant-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**Nos. 303, 282. Dockets 23428, 23377.**

United States Court of Appeals
Second Circuit.

Argued May 4, 5, and May 6, 1955.

Decided May 24, 1955.

Nathan Baker, Hoboken, N. J. (Baker, Garber & Chazen, Hoboken, N. J., of counsel, Bernard Chazen, Hoboken, N. J., on the brief), proctor for libelant-appellant Harold J. Byberg.

Kirlin, Campbell & Keating, New York City (Walter X. Connor and Vernon Sims Jones, New York City, Advocates), proctors for respondent-appellee Standard Oil Co. of New Jersey.

Murray A. Miller, New York City, for libelant-appellant Guillermo H. Reyes.

Hanrahan & Brennan, New York City (Michael E. Hanrahan, New York City, of counsel, (for respondent-appellee United States of America.

Before CLARK, Chief Judge, MEDINA, Circuit Judge, and DIMOCK, District Judge.

PER CURIAM.

Each of these cases involves the validity of a release signed by a seaman, and in each the trial judge, by the application of proper standards, Garrett v. Moore-McCormack Co., 1942, 317 U. S. 239, 63 S.Ct. 246, 87 L.Ed. 239, appraised the proofs before him and found as a fact that the release was voluntarily executed by the seaman, with full knowledge of his rights, and for a reasonable consideration. These findings are amply supported by the record in each case, and we shall not disturb them.

Affirmed.